UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
VANESSA L. ARMSTRONG, CLERK
JUL 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ROBERT BONDONNO**
**COURTLAND VAN ODEN**
**BEARKES J. AINSWORTH JR.**
a/k/a PETER SINCLAIR
a/k/a JOHN TANG
**GREGORY W. DAWKINS**
a/k/a GREGORY ALEXANDER

SUPERSEDING INDICTMENT

NO.   3:20CR-9-RGJ
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)
18 U.S.C. § 1341
18 U.S.C. § 1343
18 U.S.C. § 1956
28 U.S.C. § 2461

The Grand Jury charges:

### COUNTS 1-5
*(Wire Fraud)*

1.   From in or about January 2016 to July 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, devised and intended to devise a scheme to defraud B.T., R.M., F.B. and A.B., and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that such pretenses, representations, and promises were false when made, and for the purpose of executing said scheme, did knowingly transmit and cause to be transmitted by means of wire, radio, and television communications in interstate commerce, writings, signs, signals, pictures, and sounds. The following paragraphs set forth the scheme to defraud:

2. As part of the scheme to defraud, **ROBERT BONDONNO**, organized nominee companies Wichita Project, LLC and BHD International Inc., and opened a bank accounts for the entities at JP Morgan Chase Bank, US Bank, and Bank of the West.

3. As part of the scheme, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, used telephones and emails to communicate with each other and the victims to execute investment schemes and solicit investment proceeds.

4. As part of the scheme, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, pitched fraudulent investment schemes to victims and solicited investment funds from victims for Wichita Project LLC and BHD International Inc.

5. As part of the scheme, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, used and facilitated the use of the false identities of coconspirators, nominee businesses, and nominee names to execute the fraudulent investment schemes and distribute the proceeds of fraud.

6. As part of the scheme, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, defrauded B.T., R.M., F.B. and A.B. of monies using a fraudulent investment schemes involving the Wichita Project LLC, and BHD International Inc.

7. As part of the scheme, **ROBERT BONDONNO** operated the nominee bank account for the Wichita Project LLC at JP Morgan Chase Bank account #5520, Wichita Project at US Bank #0155, BHD International Inc. at US Bank #1333, BHD International Inc. at Bank of the West #0119, and BHD International Inc. at JP Morgan Chase #9775, to deposit proceeds of the scheme and transfer fraudulently solicited investment funds.

8. As part of the scheme to defraud, **ROBERT BONDONNO** transferred a substantial portion of the solicited funds to nominee bank accounts and used the solicited funds for personal and other expenditures unrelated to the purpose of the investment.

9. As part of the scheme, **ROBERT BONDONNO** distributed the proceeds of fraud directly from nominee bank accounts to pay **COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, directly and through a nominee person or entity for participation in the scheme.

10. It was part of the scheme that no return on the investment was received by the victims. Investment funds into Wichita Project and BHD International Inc., were used to pay coconspirators and for living and lifestyle expenses unrelated to the purpose of the investments.

11. On or about each of the dates set forth below, in Jefferson County, Kentucky, in the Western District of Kentucky, and elsewhere, the defendants, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Description |
|---|---|---|
| 1 | March 2, 2018 | Deposit of $25,000 check from R.M. drawn from Wells Fargo Bank into Wichita Project LLC bank account at JP Morgan Chase bank #5520, Henderson, Nevada |
| 2 | March 22, 2018 | Wire transfer of $35,000 from B.T. account at Chase Bank in Louisville, Kentucky to Wichita Project LLC, account at JP Morgan Chase Bank #5520, Henderson, Nevada. |
| 3 | April 16, 2018 | Fed Wire Transfer from Madison Trust Account for B.T. of $60,000 from Capital One Bank to Wichita Project LLC, at JP Morgan Chase Bank #5520, Henderson, Nevada. |
| 4 | October 25, 2018 | Fed Wire Transfer from Madison Trust Account for A.B. for $25,000 from Capital One Bank to Wichita Project LLC, US Bank #1555, Henderson, Nevada |
| 5 | July 24, 2019 | F.B. wired $24,800 from BB&T to BHD International US Bank #1333. |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 6
*(Mail Fraud)*

12. The allegations in paragraphs 1 through 11 are incorporated by reference.

13. From in or about January 2016 to July 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, devised and intended to devise a scheme to defraud B.T., R.M., F.B. and A.B., and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that such pretenses, representations, and promises were false when made, and for the

4

purpose of executing said scheme, did knowingly deliver and caused to be delivered by mail, and private and commercial interstate carrier, the following matter:

| Count | Date | Description |
|---|---|---|
| 6 | October 6, 2017 | B.T. mailed a $100,000 check from Louisville, Kentucky, to Wichita Project, LLC. |

In violation of Title 18, United States Code, Section 1341.

## COUNT 7
### (Money Laundering Conspiracy)

14. The allegations in paragraphs 1 through 13 are incorporated by reference.

15. From in or about January 2016 to July 2019, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendants, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, and other persons, known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others, to commit an offense as defined by Title 18, United States Code, Section 1956(a)(1), namely, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, did conduct and attempt to conduct such a financial transaction, affecting interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is, the proceeds of wire and mail fraud in violation of Title 18, United State Code, Sections 1343 and 1341, with the intent to promote the carrying on of the said specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(l)(A)(i), or knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the said specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(l)(B)(i).

## MANNER AND MEANS

16. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

17. As part of the conspiracy, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, pitched fraudulent investment schemes to victims and solicited investment funds from victims for Wichita Project LLC and BHD International Inc.

18. As part of the conspiracy, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, used and facilitated the use of the false identities of coconspirators, nominee businesses, and nominee names to execute the fraudulent investment schemes and distribute the proceeds of fraud as payment for participation in the fraud.

19. As part of the conspiracy, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, defrauded B.T., R.M., F.B. and A.B. of monies using a fraudulent investment schemes involving the Wichita Project LLC, and BHD International Inc.

20. As part of the conspiracy, **ROBERT BONDONNO** operated the nominee bank account for the Wichita Project LLC at JP Morgan Chase Bank account #5520, Wichita Project at US Bank #0155, BHD International Inc. at US Bank #1333, BHD International Inc. at Bank of the West #0119, and BHD International Inc. at JP Morgan Chase #9775, to deposit proceeds of the scheme and transfer fraudulently solicited investment funds.

21. As part of the conspiracy, **ROBERT BONDONNO** transferred a substantial portion of the solicited funds to the nominee bank accounts and used the solicited funds for personal and other expenditures unrelated to the purpose of the investment.

22. As part of the conspiracy, **ROBERT BONDONNO** distributed the proceeds of the fraud directly from the nominee bank accounts to pay **COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, directly and through a nominee person or entity for their participation in the fraudulent scheme.

23. As part of the conspiracy, **COURTLAND VAN ODEN** caused proceeds to be transferred to a nominee, S.O., as payment for his participation in the fraudulent scheme.

24. As part of the conspiracy, **BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, caused the transfer of proceeds to a nominee, Agau Consulting, and to his own name as payment for participation in the fraudulent scheme.

25. As part of the conspiracy, **GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, caused the transfer of proceeds to a nominee, H.S., as payment for participation in the fraudulent scheme.

In violation of Title 18, United States Code, Section 1956(h).

The Grand Jury further charges:

## COUNTS 8-11
*(Money Laundering)*

26. The allegations in paragraphs 1 through 25 are incorporated by reference.

27. From in or about October 2017 to August 2019, in the Western District of Kentucky, Jefferson County, and elsewhere, **ROBERT BONDONNO**, the defendant, did knowingly and willfully conduct and attempt to conduct financial transactions affecting interstate

7

commerce, that is the defendant conducted inter-bank transfers of $158,759, transferring proceeds of fraud from his WichitaProject LLC account #5520 at JP Morgan Chase to his BHD International Inc. Chase Bank account #9775 at JP Morgan Chase Bank, which involved the proceeds of bank and wire fraud, specified unlawful activities, with those funds transferred from the Western District of Kentucky to the district where the financial and monetary transaction was conducted, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of mail and wire fraud and while conducting and attempting to conduct such transactions knew that the proceeds represented by the transaction, that is mail and wire fraud, were the proceeds of fraud, including the following:

| Count | Date | Amount | From Account | To Account |
|---|---|---|---|---|
| 8 | October 12, 2017 | $4,700 | Wichita Project LLC Chase #5520 | BHD International Inc. Chase #9775 |
| 9 | March 22, 2018 | $2,600 | Wichita Project LLC Chase #5520 | BHD International Inc. Chase #9775 |
| 10 | April 9, 2018 | $8,500 | Wichita Project LLC Chase #5520 | BHD International Inc. Chase #9775 |
| 11 | April 22, 2018 | $2,000 | Wichita Project LLC Chase #5520 | BHD International Inc. Chase #9775 |

In violation of Title 18, United States Code, Section 1956(a)(l)(B)(i).

The Grand Jury further charges:

## COUNTS 12-37
*(Money Laundering)*

28. The allegations in paragraphs 1 through 27 are incorporated by reference.

29. From in or about October 2017 to June 2018, in the Western District of Kentucky, Jefferson County, and elsewhere, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.**, a/k/a PETER SINCLAIR, a/k/a JOHN TANG, and **GREGORY DAWKINS**, a/k/a GREGORY ALEXANDER, the defendants, each aided and

8

abetted by the other, did knowingly and willfully conduct and attempt to conduct financial transactions affecting interstate commerce, that is the defendants conducted financial transactions, transferring proceeds of fraud to coconspirators listed below, which involved the proceeds of mail and wire fraud, specified unlawful activities, with those funds transferred to the district where the financial and monetary transaction was conducted with the intent to promote the carrying on of the specified unlawful activities, mail and wire fraud, and while conducting and attempting to conduct such transactions knew that the proceeds represented by the transaction, that is mail and wire fraud, were the proceeds of fraud, including the following:

| Count | Date | Amount | From Account/To Payee | Defendants | Transaction |
|---|---|---|---|---|---|
| 12 | October 30, 2017 | $1,000 | Wichita Project LLC Chase #5520 Payee S. O. | ROBERT BONDONNO/ COURTLAND VAN ODEN | Cashier's Check |
| 13 | October 31, 2017 | $1,500 | Wichita Project LLC Chase #5520 Payee S.O. | ROBERT BONDONNO/ COURTLAND VAN ODEN | Cashier's Check |
| 14 | November 3, 2017 | $3,000 | Wichita Project LLC Chase #5520 Payee Agau Consulting | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 15 | November 17, 2017 | $4,500 | Wichita Project LLC Chase #5520 Payee S.O. | ROBERT BONDONNO/ COURTLAND VAN ODEN | Cashier's Check |
| 16 | November 30, 2017 | $3,500 | Wichita Project LLC Chase #5520 Payee S. O. | ROBERT BONDONNO/ COURTLAND VAN ODEN | Cashier's Check |
| 17 | December 11, 2017 | $7,000 | Wichita Project LLC Chase #5520 Payee Agau Consulting | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 18 | December 22, 2017 | $2,000 | Wichita Project LLC Chase #5520 Payee Agau Consulting | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 18 | March 1, 2018 | $2,500 | Wichita Project LLC Chase #5520 Payee H.S | ROBERT BONDONNO/ GREGORY DAWKINS | Cashier's Check |

| 19 | March 6, 2018 | $2,500 | Wichita Project LLC Chase #5520 Payee H.S. | ROBERT BONDONNO/ GREGORY DAWKINS | Cashier's Check |
| --- | --- | --- | --- | --- | --- |
| 20 | May 3, 2018 | $7,500 | BHD International Inc. Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 21 | May 10, 2018 | $5,000 | BHD International Inc. Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 22 | May 17, 2018 | $4,000 | BHD International Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Cashier's Check |
| 23 | August 13, 2018 | $7,500 | Wichita Project LLC US Bank #0155 Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Check |
| 24 | August 17, 2018 | $5,000 | Wichita Project LLC US Bank #0155 Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Direct |
| 25 | August 20, 2018 | $7,500 | Wichita Project LLC US Bank #0155 Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Check |
| 26 | August 24, 2018 | $2,500 | Wichita Project LLC US Bank #0155 Payee BEARKES AINSWORTH JR. | ROBERT BONDONNO/ BEARKES AINSWORTH JR. | Check |

10

| 27 | August 30, 2018 | $7,500 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Check |
|---|---|---|---|---|---|
| 28 | October 29, 2018 | $3,750 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 29 | November 1, 2018 | $3,750 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 30 | November 8, 2018 | $7,500 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Direct |
| 31 | March 11, 2019 | $5,000 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 32 | March 19, 2019 | $5,000 | Wichita Project LLC US Bank #0155 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 33 | May 30, 2019 | $3,000 | BHD International US Bank #1333 Payee John Ainsworth | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 34 | June 4, 2019 | $7,500 | BHD International Bank of the West #0119 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |

| 35 | July 25, 2019 | $7,500 | BHD International US Bank #1333 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 36 | July 29, 2019 | $6,000 | BHD International US Bank #1333 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |
| 37 | August 2, 2019 | $6,000 | BHD International US Bank #1333 Payee **BEARKES AINSWORTH JR.** | **ROBERT BONDONNO/ BEARKES AINSWORTH JR.** | Cashier's Check |

In violation of Title 18, United States Code, Section 1956(a)(l)(A)(i).

## NOTICE OF FORFEITURE

30. As a result of committing violations of Title 18, United States Code, Sections 1341, 1343 and 1956, as alleged in this Indictment, the defendants, **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR.,** a/k/a PETER SINCLAIR, a/k/a JOHN TANG, **AND GREGORY DAWKINS,** a/k/a GREGORY ALEXANDER, shall forfeit any property, real or personal, which constitutes or is derived, directly and indirectly, from proceeds traceable to such violation, and any property that was involved in these offenses.

If any property, as a result of an act or omission by the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

  Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461.

A TRUE BILL.

_____
FOREPERSON

Signed by /s/ Russell M. Coleman

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JDJ

13

UNITED STATES OF AMERICA v. **ROBERT BONDONNO, COURTLAND VAN ODEN, BEARKES J. AINSWORTH JR., a/k/a** PETER SINCLAIR, **a/k/a** JOHN TANG, **AND GREGORY DAWKINS, a/k/a** GREGORY ALEXANDER

## PENALTIES

Counts 1-37 (each count): NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Notice of Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.   3:20CR-9-RGJ

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

**ROBERT BONDONNO**
**COURTLAND VAN ODEN**
**BEARKES J. AINSWORTH JR.**
a/k/a PETER SINCLAIR
a/k/a JOHN TANG
**GREGORY W. DAWKINS**
a/k/a GREGORY ALEXANDER

**SUPERSEDING INDICTMENT**

**COUNTS 1 - 5**
*Wire Fraud*
18 U.S.C. §1343

**COUNT 6**
*Mail Fraud*
18 U.S.C. §1341

**COUNT 7**
*Money Laundering Conspiracy*
18 U.S.C. §1956(h)

**COUNTS 8 - 11**
*Money Laundering*
18 U.S.C. §1956(a)(1)(B)(i)

**COUNTS 12 - 35**
*Money Laundering*
18 U.S.C. §1956(a)(1)(A)(i)

**Forfeiture**

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*A true bill.*



*Filed in open court this 22nd day of July, 2020.*

_____ Clerk

Bail, $